McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| RAYMOND MILLER, ) | CIVIL NO. 2:08-CV-00368-KJM |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of 30-days to respond to Plaintiff's motion for summary judgment. The current due date is August 14, 2008, the new due date will be September 15, 2008 (day 30 falls on a Saturday).

    The extension is necessary because the Special Assistant United States Attorney for the Commissioner will be out of the office from August 7th through the 22nd on long-scheduled leave. Due to her heavy July workload, which included briefing in twelve district court cases and a Ninth Circuit oral argument, she was not able to complete the brief before her scheduled leave. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: August 5, 2008 | /s/ *Joseph Clayton Fraulob* |
| 3 |   | (As authorized via telephone on August 5, 2008) |
|   |   | JOSEPH CLAYTON FRAULOB |
| 4 |   | Attorney for Plaintiff |
| 5 | Dated: August 5, 2008 | McGREGOR W. SCOTT |
|   |   | United States Attorney |
|   |   | LUCILLE GONZALES MEIS |
| 6 |   | Regional Chief Counsel, Region IX |
| 7 |   | Social Security Administration |
| 8 |   |   |
|   |   | /s/ *Elizabeth Firer* |
| 9 |   | ELIZABETH FIRER |
|   |   | Special Assistant U.S. Attorney |
| 10 |   | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED:  August 5, 2008.

_____
U.S. MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time